FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSUS RODRIGUEZ,<br><br>Defendant. | Case No.   25-MJ-3029<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On May 16, 2025, Defendant made his initial appearance in this district on the bench warrant issued by the United States District Court in the Southern District of Texas following Defendant's failure to appear for a final pretrial conference in that Court on May 8, 2024. Deputy Federal Public Defender Brendon Gilligan was appointed to represent Defendant. The Government was represented by Assistant United States Attorney Rahul Hari. Defendant submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest on the bench warrant for failure to appear,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ allegations underlying the bench warrant: failure to appear
  ☒ unstable residence
  ☒ use of multiple aliases and identifiers
  ☒ partially verified background information and discrepancies in information regarding employment and residence.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ criminal history
  ☒ history of substance abuse
  ☒ use of multiple aliases and identifiers

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of Texas forthwith.

The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this

information to DFPD Gilligan in order to monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: May 16, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE